COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE | § | |
| | § | No. 08-09-00103-CV |
| DONALD SMASAL, SR., CANDIDATE FOR MAYOR OF THE TOWN OF HORIZON CITY, TEXAS | § | An Original Proceeding |
| | § | in Mandamus |
| RELATOR | § | |
| | § | |

**MEMORANDAUM OPINION
ON PETITION FOR WRIT OF MANDAMUS**

Relator, Donald Smasal, Sr., candidate for Mayor of the Town of Horizon City, Texas asks this Court to issue a writ of mandamus against the City Clerk of Horizon City, Texas. In order to be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate he has no adequate remedy by appeal. *Id.* at 135-36. Based on the record before us, we are unable to conclude Relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied. Further, we deny the request made by the Town of Horizon City, Texas for sanctions pursuant to TEX.R.APP.P. 52.11.

April 29, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.